AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Jonathan Silverman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-CV-02997-JSR |
| Payward, Inc., Payward Ventures, Inc., Infinitude, Ltd. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Payward, Inc., Payward Ventures, Inc., Infinitude, Ltd.

Date: 04/22/2019

*Attorney's signature*

Christopher N. LaVigne CN1515
*Printed name and bar number*
Pierce Bainbridge Beck Price & Hecht, LLP
277 Park Avenue, 45th Floor
New York, NY 10172
212-498-9866
*Address*

clavigne@piercebainbridge.com
*E-mail address*

(646) 694-9666
*Telephone number*

(646) 698-4125
*FAX number*