# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN SILVERMAN, an individual, *Plaintiff*, v. PAYWARD, INC., a Delaware corporation; PAYWARD VENTURES, INC., a Delaware corporation; and INFINITUDE, LTD., a Delaware corporation, *Defendants*. | Case No. 1:19-cv-02997-JSR  **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that Defendants will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14-B, New York, New York, before the Honorable Jed S. Rakoff, United States District Judge, for an order dismissing this action on the grounds that Plaintiff has failed to demonstrate the existence of oral contracts he alleges were breached; and even if the alleged contracts existed, Plaintiff has failed to plead that they were valid or enforceable.  In accordance with the schedule set by the Court and agreed to by the parties, Defendants' moving papers shall be filed and served on May 3, 2019; Plaintiff's opposition papers shall be filed and served on May 17, 2019; and Defendants' reply papers shall be filed and served on May 24, 2019.  The Court has scheduled oral argument on Defendants' motion and a case management conference on June 3, 2019 at 4:30pm.

Dated:          April 26, 2019
                New York, New York

                                                Respectfully submitted,

By: _____
Christopher N. LaVigne
Pierce Bainbridge Beck Price & Hecht LLP
277 Park Avenue, 45th Floor
New York, New York, 10017
(646) 694-9666
clavigne@piercebainbridge.com

*Attorney for Defendants Payward, Inc., Payward Ventures, Inc., Infinitude, LTD.*