# EXHIBIT A

## FILED UNDER SEAL

A-1























A-2







A-3







