```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JONATHAN SILVERMAN,                 :
                                    :
     Plaintiff,                     :
                                    :         19-cv-2997(JSR)
     -v-                            :
                                    :         ORDER
PAYWARD, INC., PAYWARD VENTURES,    :
INC., and INFINITUDE, LTD.,         :
                                    :
     Defendants.                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/19

JED S. RAKOFF, U.S.D.J.

Before the Court is defendants' motion to dismiss. See Dkt. 18. For the reasons stated from the bench, see Transcript, June 3, 2019, defendants' motion is denied in its entirety.

The Clerk is instructed to close docket entry number 18.

SO ORDERED

Dated:   New York, NY
         June 3, 2019

                                    _____
                                    JED S. RAKOFF, U.S.D.J.